Board of Trustees of Township 16, Range 14, in Douglas County, appellees, v. Indemnity Insurance Co. of North America and Albert S. Hawkins, appellants. Gen. No. 9,049.

Opinion filed April 16, 1937.

C. H. Swick and Cotton & Nichols, for appellants. Dobbins, Dobbins, Barr & Thomas and Green & Palmer, for appellees; Henry I. Green, Ray Dobbins, James A. Solon, Homer Shepherd and Oris Barth, of counsel.

Mr. Justice Fulton delivered the opinion of the court.

## FOURTH DISTRICT.

Harry Murdock, appellee, v. Earl Huff, appellant.

Opinion filed June 3, 1937.

Harry Faulkner, for appellant. Wesley Lueders, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.

Ida Bell White, appellee, v. City of Belleville, appellant.

Opinion filed June 3, 1937.

L. N. Nick Perrin, Jr., for appellant; Louis Klingel, of counsel. Beasley & Zulley, for appellee.

Mr. Presiding Justice Stone delivered the opinion of the court.